PILLSBURY WINTHROP SHAW PITTMAN LLP
Joseph D. Jean
Matthew Stockwell
1540 Broadway
New York, NY 10036
Tel: (212) 858-1000
joseph.jean@pillsburylaw.com
matthew.stockwell@pillsburylaw.com

Geoffrey J. Greeves (*pro hac vice*)
James P. Bobotek (*pro hac vice*)
Eric M. Gold (*pro hac vice*)
1200 Seventeenth Street, NW
Washington, D.C. 20036
Tel: (202) 663-8000
Fax: (202) 663 8007
geoffrey.greeves@pillsburylaw.com
james.bobotek@pillsburylaw.com
eric.gold@pillsburylaw.com

*Attorneys for Defendant 4 NYP Ventures LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY and LANDMARK AMERICAN INSURANCE COMPANY,<br>Plaintiffs,<br><br>-against-<br><br>4 NYP VENTURES LLC,<br><br>Defendant. | 13 Civ. 3367 (PAC)<br>ECF<br><br>Oral Argument Requested |

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON BEHALF OF DEFENDANT 4NYP VENTURES, LLC**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, upon the accompanying Memorandum of Law in Support of Defendant 4NYP Ventures LLC's Motion for Partial Summary Judgment, the Declaration of Geoffrey J. Greeves

and Exhibits A through AC attached thereto, and Defendant's Rule 56.1 Statement of Undisputed Material Facts, Defendant 4 NYP VENTURES, LLC ("4 NYP") will move this Court before The Honorable Paul Crotty, U.S.D.J., at the United States Court House, 500 Pearl Street, Room 14C, New York, New York 10007 at a date and time to be set by the Court, for partial summary judgment on Counts 1, 2, 4, and 5 of its Counterclaim, filed October 28, 2014.

PLEASE TAKE FURTHER NOTICE that pursuant to the parties' agreement, opposition papers, if any, shall be served by July 20, 2015 and reply papers, if any, shall be served by August 10, 2015.

Dated: New York, New York
June 19, 2015

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Geoffrey J. Greeves

Joseph D. Jean
Matthew Stockwell
1540 Broadway
New York, NY 10036
Tel: (212) 858-1000
joseph.jean@pillsburylaw.com
matthew.stockwell@pillsburylaw.com

Geoffrey J. Greeves (*pro hac vice*)
James P. Bobotek (*pro hac vice*)
Eric M. Gold (*pro hac vice*)
1200 Seventeenth Street, NW
Washington, D.C. 20036
Tel: (202) 663-8000
Fax: (202) 663 8007
geoffrey.greeves@pillsburylaw.com
james.bobotek@pillsburylaw.com
eric.gold@pillsburylaw.com

*Attorneys for Defendant 4 NYP Ventures LLC*